WILLIAM P. BARR
Attorney General of the United States

JOHN C. ANDERSON
United States Attorney

SEAN J. SULLIVAN
Special Attorney
U.S. Department of Justice
U.S. Attorney's Office, District of New Mexico
201 Third Street, NW, Suite 900
Albuquerque, New Mexico 87102
Telephone: (505) 224-1514
E-mail: sean.j.sullivan@usdoj.gov
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR18-01309-TUC-RM (BPV) |
| Plaintiff, | |
| vs. | **UNITED STATES' WITNESS LIST** |
| Marivel Cantu-Madril, and | |
| Richard A. Madril, | |
| Defendants. | |

The United States respectfully submits this proposed witness list. The United States reserves the right to call additional custodians of records as necessary, to call any witness named by the defense, and to amend its witness list as necessary before and during trial. Witnesses who may testify during the United States' case-in-chief include:

    Orfa Alegria-Dominguez
    Raymundo Barbosa-Martinez
    Luis Barraza-Garcia
    Jorge Calzadillas
    Robert E. Coughlon
    Julieta Duarte
    Corey Graff

|   |   |
|---|---|
| 1 | Lilia Gutierrez-Guardado |
| 2 | Justin Hartfelder |
|   | Sean Keenan |
| 3 | Richard McDowell |
|   | Caroline Ordonez |
| 4 | Juan Carlos Ordonez-Leon |
| 5 | Diana Ortiz de Barraza |
|   | Francisco Pinon-Navarro |
| 6 | Richard Redwine |
| 7 | Laura Rojas |
|   | Rey Angel Rojas-Corro |
| 8 | Joan Ryan |
|   | Yazmin Salazar |
| 9 | Caleb Steele |
| 10 | Nancy Valladares |
|   | Anibal Verdugo-Lopez |

Respectfully submitted this 29th day of November, 2019.

                                          WILLIAM P. BARR
                                        Attorney General of the United States

                                          JOHN C. ANDERSON
                                          United States Attorney

                                          *s/ Sean J. Sullivan*
                                          SEAN J. SULLIVAN
                                          Special Attorney

Copy of the foregoing served electronically or by other means this 29th day of November, 2019, to:

Mark Willimann, counsel for Marivel Cantu-Madril, and Peter Matiatos, counsel for Richard A. Madril.

- 2 -