IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – TUCSON

| | |
|---|---|
| **U.S. District Judge:  Rosemary Marquez** | **Date: December 6, 2019** |
| **USA v.  Marivel Cantu-Madril, Richard A. Madril** | **Case Number: CR-18-01309-TUC-RM(LAB)** |

**Assistant U.S. Attorneys:   Sean Sullivan, Paul Mysliwiec**

**Attorney for Defendant Cantu-Madril(1):  Retained Mark Willimann; Defendant released; present**

**Attorney for Defendant R. Madril (2): Retained Peter Matiatos; Defendant released; present**

**JURY TRIAL – DAY 4  -  CONCLUDED**

**9:39 a.m. – Court, counsel, defendants and the jury are present**


**EVIDENCE ON BEHALF OF THE GOVERNMENT (CONTINUED)**

**Richard McDowell, sworn and examined:  direct Mr. Sullivan, 9:39 a.m.; Exhibits 58, 38, 45, 39, 41, 44, 59 – admitted; Exhibits 42, 43, 48 – admitted over the objection of both defendants; Exhibits 32, 6B – admitted; cross Mr. Willimann, 10:28 a.m.; cross Mr. Matiatos, 10:36 a.m.; concluded 10: 38 a.m.**

**Government rests**

**10:38 a.m. – Jury excused from the courtroom for morning recess**

**Mr. Willimann moves for judgment of acquittal pursuant Rule 29 on behalf of defendant Marivel Cantu-Madril as to Count 2 specifically and as to remaining counts in general.  The government argues in opposition.**

**Mr. Matiatos moves for judgment of acquittal pursuant to Rule 29 on behalf of defendant Richard A. Madril.  The government argues in opposition.**

**IT IS ORDERED the Motion for Judgment of Acquittal as to defendant Marivel Cantu-Madril is denied.**

**IT IS FURTHER ORDERED the Motion for Judgment of Acquittal as to defendant Richard A. Madril is denied.**

**11:00 a.m. – Recess taken**
**11:21 a.m. – The Court, counsel, defendants and the jury are present**

| | |
|---|---|
| **USA v.  Marivel Cantu-Madril, Richard A. Madril** | **Date: December 6, 2019** |
| **Case Number:   CR-18-01309-001-TUC-RM** | **Page 2 of 3** |

**EVIDENCE ON BEHALF OF DEFENDANT MARIVEL CANTU-MADRIL**

**Marivel Cantu-Madril, sworn and examined:  direct Mr. Willimann, 11:24 a.m.; cross Mr. Sullivan, 12:06 p.m.; Exhibit 60, marked and admitted; Exhibit 61 marked and admitted; concluded 12:15 p.m.**

**12:17 p.m. – Jury excused for lunch recess**

**The Court and counsel settle jury instructions outside the presence of the jury.**

**12:35 p.m. – Lunch recess**
**1:32 p.m. – The Court, counsel and defendants are present**

**Mr. Matiatos confirms he has no additions or corrections to the jury instructions.  The Court addresses defendant Richard A. Madril and confirms he waives any potential marital privilege.**

**1:37 p.m. – The jury returns to the courtroom**

**Defendant Marivel Cantu-Madril rests.**

**EVIDENCE ON BEHALF OF DEFENDANT RICHARD A. MADRIL**

**Daniel Martinez, sworn and examined: direct Mr. Matiatos, 1:40 p.m.; cross, Mr. Mysliwiec, 1:47 p.m.; redirect Mr. Matiatos, 1:52 p.m.; concluded 1:53 p.m.**

**Lorraine Arvizu, sworn and examined: direct Mr. Matiatos, 1:55 p.m.; cross Mr. Mysliwiec, 1:58 p.m.; concluded 1:59 p.m.**

**2:00 p.m. – Recess taken**
**2:51 p.m. – The Court, counsel, defendants and the jury are present**

**Richard A. Madril, sworn and examined: direct Mr. Matiatos, 2:51 p.m.; Exhibits 100, 101 – admitted; cross Mr. Sullivan, 3:26 p.m.; redirect Mr. Matiatos, 3:37 p.m.; concluded 3:42 p.m.**

**Defendant Richard A. Madril rests**

**REBUTTAL EVIDENCE ON BEHAL OF THE GOVERNEMNT**

**Richard McDowell, previously sworn, examined:  direct Mr. Sullivan, 3:43 p.m.; cross Mr. Matiatos, 3:46 p.m.; concluded 3:46 p.m.**

**Government rests.**

| | |
|---|---|
| **USA v. Marivel Cantu-Madril, Richard A. Madril** | **Date: December 6, 2019** |
| **Case Number:  CR-18-01309-001-TUC-RM** | **Page 3 of 3** |

At sidebar outside the presence of the jury, defendants renew their Rule 29 Motions for Judgment of Acquittal.  IT IS ORDERED the oral motions are denied as to both defendants.

**In open court:**

3:50 p.m. – The Court instructs the jury
4:15 p.m. – Closing argument on behalf of the government by Mr. Sullivan
4:34 p.m. – Closing argument on behalf of defendant Marivel Cantu-Madril by Mr. Willimann
4:42 p.m. – Closing argument on behalf of defendant Richard A. Madril by Mr. Matiatos
5:00 p.m. – Rebuttal closing argument on behalf of the government by Mr. Sullivan
5:05 p.m. – The Court reads final instructions to the jury

Alternate jurors No. 38 and No. 39 are released prior to deliberations, advised to remain available and are excused for the day.

5:12 p.m. – The jury retires to deliberate

7:05 p.m. – The Court, counsel and defendants are present.   The jury has advised they have reached a verdict.

The jury returns to the courtroom.  The Court reviews the verdict forms and excuses the jury to return to the jury room to complete the second verdict form

7:11 p.m. – The jury returns to the courtroom

As to defendant Marivel Cantu-Madril:  The jury returns a verdict of guilty as to Counts 1, 4, 5, 8, 9, 10; not guilty as to Count 2

As to defendant Richard A. Madril:  The jury returns a verdict of guilty as to Count 1

The jury is polled

7:17 p.m. – The jury is released from further service and excused from the courtroom.

Sentencing as to both defendants is set for 2/19/2020 at 10:55 a.m.
The Court orders a presentence report be prepared as to both defendants.

7:20 p.m. – Proceedings concluded

| | |
|---|---|
| **Deputy Clerk:**  Cathy Schwader | **Jury Trial:  5 hrs  39 mins** |
| **Court Reporter**:  Tracy Jamieson | **Start:  9:39 a.m.** |
| | **Stop:   7:20 p.m.** |