✓ FILED ___ LODGED
___ RECEIVED ___ COPY

DEC - 6 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

*(Filed under seal when signed, due to Privacy Act 1974)*

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Richard A. Madril,<br><br>　　　　Defendant. | No. CR-18-01309-002-TUC-RM (LAB)<br><br>**VERDICT**<br><br><br>**SIGNATURE   REDACTED** |

## COUNT ONE

We, the Jury, find the Defendant, Richard A. Madril (place an X in the appropriate box):

[X] GUILTY of Conspiracy, as charged in the Indictment.

[ ] NOT GUILTY of Conspiracy, as charged in the Indictment.

_____          _____12/6/19_____
Foreperson's Signature                                Date