# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court



Name of U.S. District Court: ARIZONA DISTRICT COURTS

U.S. District Court case number: CR18-01309-002-TUC-RM(LAB)

Date case was first filed in U.S. District Court: JULY 3, 2018

Date of judgment or order you are appealing: DECEMBER 2, 2020

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes  ● No  ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

RICHARD A MADRIL

Is this a cross-appeal? ○ Yes  ● No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case? ○ Yes  ● No

If Yes, what is the prior appeal case number?

Your mailing address:

P.O. BOX 504

City: TUCSON   State: AZ   Zip Code: 85702

Prisoner Inmate or A Number (if applicable):

**Signature** *[signed]*   Date 12/14/2020

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**                                                                 Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List each party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> RICHARD A MADRIL

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ● No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> UNITED STATES

Name(s) of counsel (if any):

> SEAN J. SULLIVAN

Address: 201 THIRD STREET, NW, SUITE 900, ALBUQUERQUE, NM

Telephone number(s): (505)224-1514

Email(s): SEAN.J.SULLIVAN@USDOJ.GOV

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 6                              *1*                              *New 12/01/2018*