LAW OFFICE OF
**PETER A. MATIATOS**
6890 E. SUNRISE DRIVE
SUITE 120-PMB 374
TELEPHONE: (520) 628-9100
FAX: (520) 628-1684
STATE BAR NO. 013952/PCC 64561

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR18-1309-TUC-RM(LAB) |
| Plaintiff, | |
| vs. | **Motion to Reconsider Delayed Reporting for Execution of Sentence** |
| Richard A. Madril, | |
| Defendant. | |

Mr. Madril asks the court to reconsider its denial of his request for a delayed reporting date to start serving his sentence. Mr. Madril had requested a delayed reporting date to allow him time to receive the COVID-19 vaccine. Part of the court's analysis in denying Mr. Madril's request was that at the time of the hearing, possible vaccination dates were far in the future and speculative.

Since then, vaccines have become available to all eligible age groups, and Mr. Madril has received his first shot the first week he was eligible, and he is set to receive his second shot on April 15, 2021.

**I.   Procedural Posture.**

1. Mr. Madril was originally scheduled to surrender to serve his sentence of three months' imprisonment on March 12, 2021.[1]

2. His Motion for Bail Pending Appeal was denied by this court on March 3, 2021. Likewise, Mr. Madril's oral motion to delay his reporting date was also denied on March 3, 2021.

3. A Motion for Bail Pending Appeal was subsequently filed with the U.S. Court of Appeals for the Ninth Circuit, and this motion was denied on March 30, 2021.

4. Mr. Madril has made arrangements to report to FCI-La Tuna by tomorrow, Thursday, April 1st.

**II.   Mr. Madril Requests a Delay in His Reporting Date to April 26, 2021, to Allow Him to Receive His Second Vaccine Shot and to Allow the Shot to Reach Full Effectiveness.**

Mr. Madril was able to receive the first shot of the Pfizer COVID vaccine on March 25, 2021, almost immediately after vaccination was opened to all age groups. Mr. Madril is scheduled to receive the second shot on April 15, 2021. Attached as Exhibit A is Mr. Madril's vaccination card.

Mr. Madril asks that the court allow him to report 11 days after he receives the second dose of the Pfizer vaccine, this allows sufficient time for the vaccine to become fully effective, and it also allows Mr. Madril to time to deal with any potential side effects of the vaccine.

---

[1] The BOP has designated Mr. Madril to serve his sentence at FCI La Tuna, in Anthony, Texas. At present, the BOP reports that there are four active COVID-19 infections among staff. Over 493 inmates and 67 staff members are reported as "recovered." Given the new strains circulating in the United States, and reported instances of reinfection, the risk of infection remains high even with vaccinations proceeding.

1
2
3        The delayed reporting is especially important to Mr. Madril because he is in
4   a high-risk category.  Mr. Madril's BMI is 35.7 based on a height of 5 feet 9 inches
    and a weight of 242 pounds.  The CDC states that being
5
6        Overweight (defined as a body mass index (BMI) > 25 kg/m$^2$ but < 30
         kg/m$^2$), obesity (BMI ≥30 kg/m$^2$ but < 40 kg/m$^2$), or severe obesity (BMI
7        of ≥40 kg/m$^2$) **can make you more likely** to get severely ill from
8        COVID-19.  The risk of severe COVID-19 illness increases sharply with
         elevated BMI. *See* Certain Medical Conditions and Risk for Severe COVID-
9        19 Illness | CDC.

10  **III.   Government Position.**
11
12       Once the position of the government is ascertained, this motion will be
13  supplemented to indicate the government's position.

14
15  **IV.   Conclusion.**
16
17       Mr. Madril asks the court to allow him to report for his term of incarceration
18  on April 26, 2021.  This allows Mr. Madril sufficient time to receive the second
19  shot of his vaccine, deal with any side effects, and it also allows sufficient time for
20
21  the vaccine to become fully effective.  Minimizing Mr. Madril's chance of
22  contracting COVID also minimizes the chances of Mr. Madril spreading COVID-
23  19 while imprisoned, and it also minimizes the government's financial exposure to
24
25  pay for treatment of inmates.
26
27       RESPECTFULLY submitted this 31st day of March, 2021.
28
                                          Law Office of Peter A. Matiatos
29
30                                        s/ Peter A. Matiatos
                                          Peter A. Matiatos, trial counsel

1

2   Original of the foregoing e-filed
3   this 31st day of March, 2021, with:

4   Clerk of the Court
5   U.S. District Court
    Tucson, Arizona
6

7   Copy of the foregoing e-transmitted
8   this 31st day of March, 2021, to:

9   Honorable Rosemary Marquez
10  U.S. District Court
    Tucson, Arizona
11

12  All parties of record

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30