MERRICK B. GARLAND
Attorney General of the United States

ALEXANDER M.M. UBALLEZ
United States Attorney

SEAN J. SULLIVAN
Special Attorney
U.S. Department of Justice
U.S. Attorney's Office, District of New Mexico
301 Third Street, NW, Suite 900
Albuquerque, New Mexico 87102
Telephone: (505) 224-1514
E-mail: sean.j.sullivan@usdoj.gov
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| United States of America,<br><br>                    Plaintiff,<br><br>          vs.<br><br>Richard Madril,<br><br>                    Defendant. | No. CR 18-1309-RM-BPV<br><br>UNITED STATES' MOTION TO REVOKE DEFENDANT'S CONDITIONS OF SUPERVISED RELEASE |
| --- | --- |

The United States respectfully requests the Court revoke the conditions of supervised release for the defendant, Richard Madril (hereinafter, "Defendant"), as imposed in the judgment of December 3, 2020, Doc. 190, and require Defendant to serve a term of imprisonment for a period of time to be determined after an evidentiary hearing in this matter. *See* 18 U.S.C. § 3583(e)(3). As explained in further detail below, there is a preponderance of evidence showing Defendant violated the special condition of his supervised release prohibiting him from employment in the legal field without prior approval of the United States Probation Office. Indeed, there is evidence that Defendant

misled another immigration client about the status of his removal case even after being convicted, suspended[1] from the practice of law, and imprisoned for similar conduct.

## **BACKGROUND**

On December 6, 2019, the jury returned a verdict, Doc. 124, finding Defendant guilty of conspiracy, in violation of 18 U.S.C. § 371, as charged in the superseding indictment, Doc. 28.  The jury also returned a verdict, Doc. 123, finding Defendant's wife and co-defendant, Marivel Cantu-Madril (hereinafter, "Cantu-Madril"), guilty of conspiracy and other offenses.

On December 2, 2020, the Court sentenced Defendant to three months in prison followed by a five-year term of supervised release. Sentencing Hearing Transcript at 98. The Court sentenced Cantu-Madril to six months in prison and a term of supervised release of the same length.  *Id*.

During the sentencing hearing, the Court highlighted Defendants' and Cantu-Madril's egregious abuse of their clients' trust as a reason for sentencing them to prison. *Id*. at 95-96.  The Court specifically told Defendant, " There were times when you were present when she was lying to the clients. You went in and lied to the Court and said that somebody … had car trouble." *Id*. at 96.  Notably, the Court's sentence included a prohibition on working in the legal profession without prior judicial approval.  *Id*. at 100.

---

[1] Defendant was suspended from the practice of law on January 21, 2021, and disbarred on September 27, 2021, according to the State Bar of Arizona.

Furthermore, the judgment of the Court included the following special condition of

supervised release:

> You are prohibited from being self-employed in the legal field but may work
> as such an employee with the prior approval of the probation officer if your
> employer is aware of potential third-party risks.

Doc. 190 at 4.

Defendant completed his prison sentence on June 30, 2021, according to the

Bureau of Prisons.  Unfortunately, Defendant violated this condition of supervised

release within two months of his release.

On September 29, 2021, the United States received information from an

attorney for U.S. Immigration and Customs Enforcement alerting the prosecution to

evidence of Madril continuing to provide legal services and – more astonishingly –

deceiving another client while under supervised release.  The information included

a motion to reopen proceedings in an immigration case involving Ernesto Jacquez

Aguirre, a noncitizen, who was ordered removed in absentia from the United States

on June 23, 2021.

This motion is attached as Exhibit 1.   In pertinent part, the motion alleges

that Mr. Jacquez Aguirre "was misled by his prior attorney, Richard Madril.  Despite

being disbarred and imprisoned for crimes related to his immigration practice, Mr.

Madril help himself out as [Mr. Jacquez Aguirre's] attorney as recently as August

2021."  Exhibit 1 at 2.  The motion further alleges, "While it appears that [Mr.

Jacquez Aguirre's] wife met with Mr. Madril after the Immigration Judge issued the

removal order, it appears that Mr. Madril did have some reason to suggest to the

family that [Mr. Jacquez Aguirre] did not need to pursue further relief.  Mr. Madril

provided a printout of the EOIR Case Portal showing that relief had been granted.

Undersigned Counsel's staff with the Keep Tucson Together clinic confirmed with

the Tucson Immigration Court that EOIR's electronic records at one time reflected

that had relief had been granted, before later being corrected. (See Declaration of

Philip Stump Kennedy)." *Id*. at 4. The motion further alleges, Mr. Jacquez Aguirre

"did not appear for his hearing because of two failures of Mr. Madril: 1) Mr. Madril

failed to inform him of the importance of filing a change of address form (such that

he likely did not receive notice of the hearing after the case was remanded) and 2)

failing to inform him of the fact that he no longer had representation before the

Immigration Court or the Board of lmmigration Appeals as required by EOIR's

suspension order dated January 23, 2020." *Id*.

An affidavit from Mr. Jacquez Aguirre's wife, Lucia Duarte, is attached as

Exhibit 2.  An affidavit from Mr. Stump Kennedy is attached as Exhibit 3.  Although

the specifics of Defendant's alleged misrepresentations about the status of Mr.

Jacquez Aguirre's case and his authority to practice law are unclear from the motion,

such deceit is consistent with the conduct underlying the criminal case where

Defendant and Cantu-Madril were convicted.

According to an attorney for the Department of Homeland Security, Mr.

Jacquez Aguirre's case has been reopened and is currently pending.  Any facts

alleged in the motion to reopen that are also relevant to the United States' motion to

revoke Defendant's conditions of supervised release can be determined at an

- 4 -

evidentiary hearing in United States District Court.

On November 30, 2021, the United States submitted a report of investigation, attached hereto as Exhibit 4, to the United States Probation Office ("USPO").  This report documented an interview with Ms. Duarte stating that Defendant provided legal services to her and her husband, Mr. Jacquez Aguirre, in August 2021.  The United States also provided the USPO with two audio recordings.  Ms. Duarte has stated that she made these recordings during her meeting with Defendant in August 2021.  Transcripts of these recordings are attached as Exhibit 5 and Exhibit 6.  These recordings indicate Defendant continued to provide legal services to a client in an immigration case, i.e., Mr. Jacquez Aguirre, after being specifically forbidden by this Court from doing so without prior approval of the USPO.  The United States has no information that Defendant obtained such permission as required.  Accordingly, the United States moves to revoke Defendant's conditions of supervised release and respectfully requests the Court sentence Defendant to a new term of imprisonment for this violation.

Respectfully submitted,


MERRICK B. GARLAND
Attorney General of the United States

ALEXANDER M.M. UBALLEZ
United States Attorney

*s/ Sean J. Sullivan*

- 5 -

SEAN J. SULLIVAN
Special Attorney

Copy of the foregoing served electronically or by
other means this 5th day of August, 2022, to:

Peter Matiatos, Counsel for Richard Madril
6890 E. Sunrise Drive
Suite 120 – PMB 374
Tucson, Arizona 85750
matiatoslaw@yahoo.com