**State of Arizona**
**County of Pima**     **DECLARATION OF PHILIP STUMP KENNEDY**
**City of Tucson**

I, Philip Stump Kennedy, do declare that the following information contained herein is true and correct:

1. That my name is Philip Stump Kennedy.
2. I am a part-time employee with the Keep Tucson Together immigration legal clinic.
3. I met with Lucia Duarte about the case of her husband, Ernesto Jacquez Aguirre on September 27, 2021.
4. When meeting with Ms. Duarte, she handed me an undated printout of the EOIR Case Portal website showing her husband's case, and indicated that the Immigration Judge granted relief on June 23, 2021.
5. I checked the EOIR Case Portal myself, and it currently shows that the Immigration Judge ordered removal on June 23, 2021, consistent with the written order of the Immigration Judge dated June 23, 2021.
6. I called the Tucson Immigration Court and was transferred to Corey Graff, the Court Administrator.
7. Mr. Graff confirmed that on or about August 4, 2021, EOIR's internal records indicate a change in disposition of the case.
8. I believe that this change in disposition explains the document which Mr. Madril gave Ms. Duarte. That document may have correctly reflected EOIR's electronic records at the time it was printed. The electronic records appear to have since been corrected to reflect the written order of the Immigration Judge, which ordered removal *in absentia*.

FURTHER DECLARANT SAYETH NOT.

_____
Philip Stump Kennedy

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 27, 2021 in Tucson, Arizona.

31