

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



10/10/2021 14:41 EDT                                                                                   Page 1 of 3

**CASE NUMBER**

**CASE OPENED**
7/16/2014

**CURRENT CASE TITLE**
CANTU-MADRIL

**REPORT TITLE**
INTERVIEW OF LUCIA DUARTE 10/04/2021

**REPORTED BY**
Jose Mendoza
SPECIAL AGENT

**APPROVED BY**
Tammy Breitzke
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
10/8/2021

**SYNOPSIS**

On July 14, 2014, Homeland Security Investigations (HSI), Office of the Deputy Special Agent in Charge (DSAC), Tucson, Arizona (AZ), received an investigative referral from the Office of the Chief Counsel (OCC), United States (U.S.) Immigration and Customs Enforcement (ICE), Tucson, AZ to investigate an incident concerning the forgery of the signatures of an Immigration Judge, OCC attorney, and Executive Office for Immigration Review (EOIR) staff members on official court documents.

This report of investigation documents the interview of Lucia DUARTE, wife of Ernesto JACQUEZ. Mr. JACQUEZ was identified as a victim of Richard MADRIL and new evidence suggests that Mr. MADRIL continued to represent or give legal advice to Mr. JACQUEZ as recently as August 2021, despite being disbarred after his criminal conviction.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| CANTU-MADRIL | 051 | 10/8/2021 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

10/10/2021 14:41 EDT                                                                                           Page 2 of 3

## DETAILS OF INVESTIGATION

On September 29, 2021, Homeland Security Investigations (HSI) in Tucson received information from the Office of the Principal Legal Advisor (OPLA) concerning a request to rescind a removal order and reopen a case against Ernesto JACQUEZ-Aguirre based on the fact that Mr. JACQUEZ was misrepresented by former attorney Richard MADRIL.  According to the motion filed by attorney Mary Margaret Cowan, Mr. MADRIL continued to represent or give legal advice to Mr. JACQUEZ as recently as August 2021, despite being disbarred and imprisoned for crimes related to immigration practice. A judgement against Mr. MADRIL shows that on December 3, 2020, in the United States District Court, Richard MADRIL was sentenced to three months incarceration by Honorable Rosemary Marquez.  Mr. MADRIL also received a five-year probation upon release from imprisonment.

On October 1, 2021, Special Agent (SA) Mendoza was informed that Mrs. Lucia DUARTE is the wife of Mr. Ernesto JACQUEZ-Aguirre.  Mrs. DUARTE was identified as the caretaker for Mr. JACQUEZ since he has been medically diagnosed with a mental illness and he is unable to understand any question regarding his immigration case; Therefore, Mrs. DUARTE, with concurrence from attorney Mary M. Cowan, was allowed to talk to SA Mendoza via telephone to set up an in-person meeting to corroborate the information obtained from OPLA.

On October 4, 2021, at approximately 3:52 pm, SA Mendoza arrived at 5515 Forgeus Ave. Apt 17203, in Tucson, Arizona, and interviewed Mrs. Lucia DUARTE and her daughter Marisol DUARTE.  All statements provided by Lucia and Marisol DUARTE were given voluntarily.  The following bullets summarize the information received during the interview.

- Lucia DUARTE stated she has been married to Ernesto JACQUEZ-Aguirre since 1995.
- Lucia DUARTE stated that in 2016, JACQUEZ was detained by ICE and put in deportation proceedings.  Lucia stated she contacted Richard MADRIL and Marivel CANTU-MADRIL to represent them in the case.
- Lucia DUARTE stated that in 2018 the Immigration Judge ordered JACQUEZ to be deported.  According to Lucia DUARTE it was Richard MADRIL who indicated he would file an appeal.
- Lucia DUARTE stated that in 2018 Mr. JACQUEZ was diagnosed with schizoaffective disorder, depressive type and found not competent to understand the nature of the proceedings against him.  Mrs. DUARTE stated she has largely been responsible for communicating with Mr. MADRIL and otherwise arranging for his immigration defense.
- Lucia DUARTE stated she met with Richard MADRIL in December of 2020 and paid MADRIL $2,000 dollars in cash.  According to DUARTE she never received a receipt from MADRIL.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| CANTU-MADRIL | TU18DR14TU0004-051 | 10/8/2021 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




Case 4:18-cr-01309-RM-LAB   Document 244-4   Filed 08/05/22   Page 3 of 3

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

10/10/2021 14:41 EDT                                                                 Page 3 of 3

- Lucia DUARTE stated she attempted to contact MADRIL on many occasions but often he would not return her messages. In August of 2021, Richard MADRIL responded to one of DUARTE's text messages by calling her and setting up a meeting with her at a law office located near Palo Verde Rd and Mossman Rd. (SA Mendoza confirmed with Mrs. DUARTE that the location of the law office is 6025 S. Holly Dr, Tucson, AZ 85706)
- Lucia DUARTE stated that on August 13, 2021, at approximately 11:30 am, she arrived at the law office accompanied by her daughter Marisol DUARTE. Lucia DUARTE stated MADRIL explained to her that they had won the appeal and that her husband could obtain a work authorization and a driver's license, and that MADRIL would charge between $500 and $2,000 for the work involved.
- Lucia DUARTE stated MADRIL was acting a bit strange. According to DUARTE no one was in the office except for MADRIL. Mrs. DUARTE stated MADRIL looked nervous and kept looking out the window while he was talking to them. DUARTE stated they were only in the office for about ten minutes and did not move from the office lobby. DUARTE stated she felt rushed by MADRIL as if he wanted to get rid of them as soon as possible.
- Lucia DUARTE stated that Mr. MADRIL never informed her or her husband that he was not allowed to practice law or represent them in Immigration court due to his recent conviction.
- Lucia DUARTE stated MADRIL never informed her or her husband that Ernesto JACQUEZ had a hearing in June of 2021. JACQUEZ was ordered removed in absentia by an Immigration Judge in June of 2021.
- Lucia DUARTE stated that sometime in August of 2021, she went to the Tucson Immigration court to ask for an update in the case. DUARTE stated she was informed that a deportation order had been issued but according to DUARTE she never submitted a change of address form and never received a case update. Lucia DUARTE stated JACQUEZ and herself moved from one residence to another and Mr. MADRIL never explained to them that they needed to file such form.
- Lucia DUARTE stated she began looking for legal assistance elsewhere finding Keep Tucson Together who are currently helping with her case.

Marisol DUARTE provided a copy of a recording she made the day they met up with MADRIL. Marisol DUARTE stated she started recording the conversation between them and MADRIL because she had a feeling that something was not right with MADRIL's behavior. This recording was made without the consent or authorization from HSI agents; however, for the purpose of transparency the recording will be saved into a disc and place in the case file as evidence. Screenshot copies of the text messages shared between MADRIL, and Mrs. DUARTE will be saved and place in the case file as well.

The interview concluded at approximately 4:45 pm.

Investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| CANTU-MADRIL | 051 | 10/8/2021 |

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.