

# UNITED STATES ATTORNEY'S OFFICE
## DISTRICT OF NEW MEXICO
## ALBUQUERQUE, NEW MEXICO

**USA vs. Richard Madril**
**Transcription of Audio File: Madril 1**
**Total Recording Time: 00:07:40**

**PARTICIPANTS:**

1. Unidentified Male Voice

2. Unidentified Female Voice #1 [UFV #1]

3. Unidentified Female Voice #2 [UFV #2]

4. Unidentified Child's Voice [Child]

**ABBREVIATIONS KEY:**

[IA]= Inaudible

[OV] = Overlapping Voices

[UI] = Unintelligible

[PH] = Phonetic Spelling

[*xxx*] = Transcriptionist's notes and comments in italics

***Bold Italics*** = Spanish utterances in original audio

Transcription performed by: V.C. Marquez, FCCI, USAO-NM | 05.31.2022

1  [*Note: Speaker labels represent the transcriptionist's best effort to differentiate voices.*]

2  [*Recording starts: 00:00:00*]

3  **UMV:** 2012.

4  **UFV #1:** 2012?

5  **UMV:** I think he came in 2009, before everything happened. He got deported, and then,

6  like I said, a week later he came back [*Thumping sound*], and then he got caught in 2012. And in 2012,

7  Mari got him out on bo-- well, it took him almost a year…

8  **UFV #1:** Yeah.

9  **UMV:** …to get him out on bond. Remember?

10  **UFV #1:** Yeah, I think she did.

11  **UMV:** Because they were… because they, you know, and that's, you know, that was the-

12  -the number one thing. You were lucky to have Obama as president then. Because if it was Trump, he

13  would have never gotten out. And then, we… the process got...i--it got slowed down.

14  **UFV #1:** Not even that, y--you know, Maribel… 'cause she's the one that, you know…

15  **UMV:** She really did put…she really pulled some strings.

16  **UFV #1:** She did.

17  **UMV:** I could see when I got it…

18  **UFV #1:** At what you do, [UI]

19  **UMV:** Me, I just, I--I…

20  **UFV #1:** [UI/OV]

21  **UMV:** I just got everything lined up the way it should have been. I'm not--I'm not--I'm

22  not created like that. I--I really am just… I just, you know, I'm--I'm what you call a grinder. I do

23  everything that has to be done until it's done. So, what… you've heard…

24  **UFV #1:** *O sea* [*English translation: In other words*], you're the one that [*Guttural sound*]

25  [*Laughter*]

USA vs. Richard Madril	Audio File: Madril 1

Case 4:18-cr-01309-RM-LAB   Document 244-5   Filed 08/05/22   Page 3 of 10
4:18-CR-01309-RM-LAB

| | | |
|---|---|---|
| 1 | **UMV:** | Right. |
| 2 | **UFV #1:** | That's great. |
| 3 | **UMV:** | So, you guys just… you guys--you guys are in a good situation right now where it's at, and you just… I think this--this chapter's closed for the most part. I don't foresee him getting into any trouble. [*Zipper sound*] |
| 6 | **UFV #1:** | In the [UI] *que no haga eso* [*English translation: That he/she not do that*]. Yeah. |
| 7 | **UMV:** | I don't see him getting into any trouble, so when you guys, [*Zipper sound*] you know, this chapter should be closed. Again, if he--if he has to go anywhere out of the state, out of the--the--the uh, the country… If he ever has to, he will have to file a travel document. |
| 10 | **UFV #1:** | Whenever he travels? |
| 11 | **UFV #2:** | Wait, wh--what was that number? The… for the travel one? |
| 12 | **UMV:** | It's the I-131. |
| 13 | **UFV #2:** | I-131. |
| 14 | **UMV:** | Um…The work permit, like I said, the work permit… if you got a… you need the work permit once you have an ID for him. It's a… |
| 16 | **UFV #1:** | Yeah. |
| 17 | **UMV:** | If uh…if--if you lived in California, I think that the o--order and the pi-- uh, a picture ID would have been enough to get him another I-- just to get him an identification. But here, you have to prove some sort of status, and the ID is…the b-- [*Stutters*] the uh, the work permit gives him a little status. |
| 21 | **UFV #1:** | Okay, um, so if he doesn't work, I can still take him and go… just go get like a… uh, an-- another ID? And then… |
| 23 | **UMV:** | A state…but, you know, it's the state that you want. |
| 24 | **UFV #1:** | [UI/OV] from our state. |
| 25 | **UMV:** | I mean, you know… |

| | | |
|---|---|---|
| 1 | **UFV #1:** | Oh, but to have the driver license that was proving that he… |
| 2 | **UMV:** | You know what you could do? You could… |
| 3 | **UFV #1:** | [*Clears throat*] |
| 4 | **UMV:** | …you could see if--if--if… Does he have a…? You could take him to the |

consulate and see if they'd give him a--a--a the passport, and with that, that would be enough… if he

just…

| | | |
|---|---|---|
| 7 | **UFV #1:** | Well, wh--wh--where can I take him to get a passport? |
| 8 | **UMV:** | The pa-- the--the Mexican Consulate on Reid… at--at Reid Park/Alvernon and |

Broadway.

| | | |
|---|---|---|
| 10 | **UFV #1:** | Where's um…? |
| 11 | **UMV:** | So, so you know where the park is, where the tennis courts are at? |
| 12 | **UFV #1:** | Yeah, yes, uh-huh. |
| 13 | **UMV:** | Okay, so… uh… |
| 14 | **UFV #1:** | In the back, huh? |
| 15 | **UMV:** | No. Across the street… not across… direct uh, diagonally is the consulate. And i-- |

it counts to two… two- or three-story building and they have a… their big old Mexican flag right there

so you'll know. You'll see it when you're there.

| | | |
|---|---|---|
| 18 | **UFV #1:** | *O, sí. Es en la* right side [*English translation: Oh, yes. It's on the right side*], huh, |

if you're going up that way?

| | | |
|---|---|---|
| 20 | **UMV:** | It's on the… |
| 21 | **UFV #1:** | It's right on the border. |
| 22 | **UMV:** | If you want to do it… if you want to do it by boundaries… |
| 23 | **UFV #1:** | *Sí.* [*English translation: Yes.*] |
| 24 | **UMV:** | … it's on the Northeast corner, |
| 25 | **UFV #1:** | Yes, yes, I know. |

| | | |
|---|---|---|
| 1 | **UMV:** | And they can give him a… they can give him a pass--… a, uh… well, they can |
| 2 | | give him a passport, and it would allow, you know, and the passport would be an identification. |
| 3 | **UFV #1:** | Okay, okay. |
| 4 | **UMV:** | But that being said, I mean, the pictures that you would get, you would have to |
| 5 | | get, you know, uh… It would be good, uh, you know, it would be a little bit difficult, but it would be…it |
| 6 | | would show who he is… |
| 7 | **UFV #1:** | Yes. |
| 8 | **UMV:** | …and then with the order, that would basically allow him to be here without any |
| 9 | | issues. |
| 10 | **UFV #1:** | Um… |
| 11 | **UMV:** | That's the only workaround I can see. |
| 12 | **UFV #1:** | Yeah, so I can get those in like, you know, that… |
| 13 | **UMV:** | But… |
| 14 | **UFV #1:** | … but I wouldn't have, I won't have problems in case that they need, you know… |
| 15 | **UMV:** | You--you wouldn't, I mean… Here's what's going to happen. Let's say |
| 16 | | something…let's say that there's a domestic violence situation at your house that you're not a part of. |
| 17 | **UFV #1:** | Okay. |
| 18 | **UMV:** | And, somehow, they get you involved, and your get…and your husband's [UI], |
| 19 | | right? |
| 20 | **UFV #1:** | Uh-huh. |
| 21 | **UMV:** | And they check… they want… and--and right now that's not the case, but they |
| 22 | | want to check everyone's ID, and they say who's this and all that, you know. They might…they |
| 23 | | probably won't because of his situation, but there's a possibility, and if they look at his ID or they don't, |
| 24 | | you know, he doesn't show… then they say, "Oh, well, he's illegal here," or whatever… |
| 25 | **UFV #1:** | Yeah. |

| | | |
|---|---|---|
| 1 | **UMV:** | But, and th--then you show them the order then they say, "Oh, he can't be," but then they want identif-- they might want identification for that. |
| 3 | **UFV #1:** | Okay. |
| 4 | **UMV:** | But it... |
| 5 | **UFV #2:** | Okay. |
| 6 | **UMV:** | …y--you know, that's [*Stutters*] that's a scenario that is extremely, highly improbable, and, you know, the chances of it happening are there, but it's like ninety-nine times out of a hundred, you know, and you'll be okay. |
| 9 | **UFV #1:** | Yes. Okay, so… |
| 10 | **Child:** | I want to go home now. |
| 11 | **UMV:** | You want to go home? |
| 12 | **UFV #2:** | [*Laughs*] |
| 13 | **UMV:** | What you--who's on your face? Who's uh, who's on your mask? |
| 14 | **UFV #2:** | Who is that? Tell him who is the mask from. |
| 15 | **UMV:** | Who's on your mask? |
| 16 | **Child:** | [*Giggles*] |
| 17 | **UMV:** | Is that you? |
| 18 | **UFV #2:** | Tell him. |
| 19 | **UFV #1:** | *¿Qué más…?* [*English translation: What else…?*] Wh--what else can I claim, 'cause I need to ask for it. How much…? [UI] |
| 21 | **UMV:** | Who d-- who make, uh, how much money… how much money, like, did you make last year? |
| 23 | **Child:** | I want to go home. |
| 24 | **UFV #1:** | Last year? Nothing *mi'jo* [*English translation: Nothing, dear (male)*], I didn't work. |

Page **5** of **9**

| | | |
|---|---|---|
| 1 | **UMV:** | At all? And the year before that? [UI/ *Child's utterance*] |
| 2 | **Child:** | [OV] I want to go home. |
| 3 | **UFV #1:** | Oh, you know…[UI/ *Child's utterance*] |
| 4 | **UFV #2:** | [OV] Hold on, Bernie [PH], stop. |
| 5 | **UFV #1:** | You know what? I'm not gonna lie you. I did pu--, uh, I just put that I was doing washing machines in… and that, stuff like that. [*Brief silence*] It wasn't that much, it… twelve? |
| 7 | **UMV:** | I mean, there could be some benefit. Do you--do you--do you… |
| 8 | **UFV #1:** | [UI/OV] |
| 9 | **UMV:** | …you know that the earned income credit… |
| 10 | **UFV #1:** | Yes. |
| 11 | **UMV:** | That's the only way I can…the only benefit I can see for hi--for…the only kind of benefit that I can foresee that I think he would need an ID. |
| 13 | **UFV #1:** | Okay. |
| 14 | **UMV:** | Because like I said, once he gets a federal ID…once he gets his work permit, his Social Security card, and once he gets his Social Security card, he's in the--the--the USCIA system. |
| 16 | **UFV #1:** | I--I have a [UI] Social Security card. |
| 17 | **UMV:** | Yes… |
| 18 | **UFV #2:** | [OV] But… |
| 19 | **UMV:** | …but it's not valid. |
| 20 | **UFV #1:** | Not valid. |
| 21 | **UFV #2:** | Yes, mom, you gotta get it…[*sighs*] |
| 22 | **UFV #1:** | You see, you see, I have it… |
| 23 | **UFV #2:** | Um… |

| | | |
|---|---|---|
| 1 | **UMV:** | No, no…and--and--and that's the thing, you know. It's only with people in his |

situation, the…technically, they're not valid unless he has a permission for that year. That being said,

the IRS doesn't talk to Social Security, and they don't talk to the Immigration.

**UFV #1:** Uh-huh.

**UMV:** They're not on the same page. You can get away with it, but you might,

technically, be violating some rules.

**UFV #1:** Hmm, [UI]

**UMV:** And again, you know, the--the chances that you getting away with it, are fairly

high, but I'm telling you the ch-- I'm telling you what the…

**UFV #1:** Yes.

**UMV:** …I, you know, if you want to be [*Child's utterance*] legitimate about everything

[*Thumping sound*], this is what you do.

**UFV #1:** Yes, yes, you have to…I have to, you know…

**UMV:** [*Stutters*] Okay?

**UFV #1:** Anyway, so, [UI/*Guttural sound*] courts and all that.

**UMV:** No, we, like I said, I--I, you know, um, if you do want to do a work permit, um, I

would be…I would help you out with that. We…and we, you know, we'd have to charge you…

**Child:** Mom.

**UMV:** …Richard's charging you five-hundred dollars to do it, but it's a four-hundred

[UI] fee…

**Child:** Mama, I want to go home.

**UMV:** …and the, and uh…

**Child:** Mom.

**UFV #2:** Shh.

| | | |
|---|---|---|
| 1 | **UMV:** | …you would need his passport photos, and you would need some sort of signature |
| 2 | | for him. I mean, you could sign for him, technically, but… |
| 3 | **UFV #2:** | I'll sign, yeah |
| 4 | **UMV:** | …but, I mean, and--and, you know, when he gets to, you know… I don't know |
| 5 | | how… I don't… Look, I'm not--I'm not um, an expert in the field of--of uh--of uh--of uh--a [UI], or of |
| 6 | | uh--uh, cognition. |
| 7 | **UFV #1:** | [*Clears throat*] |
| 8 | **UMV:** | So, I don't know if…what the State does in situations like this, where the |
| 9 | | person… |
| 10 | **Child:** | [UI/OV] home. |
| 11 | **UMV:** | …is uh, invalid, and they can't sign for themselves, if--if they give a dis-- uh, a ID |
| 12 | | card. |
| 13 | **Child:** | Mama. |
| 14 | **UMV:** | But that's the reason why he would need a Social Security card. |
| 15 | **UFV #1:** | Okay. |
| 16 | **UMV:** | That's the only one I could see. And that would benefit you to some degree wi-- |
| 17 | | at twelve thousand a year. |
| 18 | **UFV #1:** | So, um, is that what you're giving him, like the per--permit with uh, the work uh, |
| 19 | | the work permit? |
| 20 | **UMV:** | The work permit. |
| 21 | **UFV #1:** | Uh, I think, can we…you wouldn't…you will be able to help me? |
| 22 | **UMV:** | I would be able to help you, uh, I would have you run into my--my father's… |
| 23 | **UFV #1:** | And get all that… |
| 24 | **UMV:** | …my father's office right now. |
| 25 | **UFV #1:** | Okay. |

1    **UMV:**        And what he would do is… It would be four, like I said, it would be a five-

2  hundred charge… [*Audio ends abruptly*]

3  [*Recorded audio ends: 00:07:40*]