**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. Magistrate Judge:** Leslie A. Bowman | **Date:** November 9, 2022 |
| **USA v. Richard A. Madril** | **Case Number:** CR-18-01309-002-TUC-RM (LAB) |

**Assistant U.S. Attorney:** Sean J. Sullivan, telephonically
**Attorney for Defendant:** Isabel Michela Amsel, CJA
**Interpreter:** N/A
**Defendant:**  ☒ Present   ☒ Released

**MOTION HEARING:**
Motion Hearing held as to Defendant's Motion to Limit Scope of Hearing (Doc. 254), Motion for Discovery (Rule 16 and Brady Material) (Doc. 255), Motion to Dismiss Motion to Revoke Supervised Release (Doc. 259) and Motion for Order to Cease and Desist (Doc. 260). The Court notes the Government's responses to defendant's motions and defendant's reply to the Government's response to motion (Doc. 260) were filed. Oral argument heard.

Motion to Limit Scope of Hearing on Motion to Revoke Supervised Release (Doc. 254) granted. The Court advises the Evidentiary Hearing will be narrowed in scope to the condition as imposed by District Judge Marquez as part of the conditions of Supervised Release, and further advises that should Ms. Duarte testify, the Court will only consider evidence related to the alleged August meeting, and any evidence relating to the December meeting would be provided for context.

Motion for Discovery (Rule 16 and Brady Material) (Doc. 255) granted. The Government's deadline to provide defense counsel with material discovery item(s), as discussed on the record, is 11/10/2022.

Motion for Order to Cease and Desist (Doc. 260) denied. Defense counsel makes further record and withdraws defendant's Motion (Doc. 260).

Motion to Dismiss Motion to Revoke Supervised Release (Doc. 259) taken under advisement. Evidentiary Hearing is currently set for 11/16/2022 at 1:30 PM.

| | |
|---|---|
| **Recorded By** Courtsmart | **MH   50 min** |
| **Deputy Clerk** Susana Barraza | **Start: 1:30 PM** |
| | **Stop:  2:20 PM** |