# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**PLAINTIFF:** USA

V.

**DEFENDANT:** Richard A. Madril

**CASE NUMBER:** CR 18-1309-TUC-RM(LAB)

FILED NOV 16 2022
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA

# WITNESS LIST

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| Magistrate Judge Leslie Bowman | Susana Barraza | N/A |
| **HEARING/TRIAL DATE(S)** | **PLAINTIFF ATTORNEY(S)** | **DEFENDANT ATTORNEY(S)** |
| 11/16/2022 | Sean J. Sullivan | Isabel M. Amsel |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESSES | Under Rule |
|---|---|---|---|---|---|
| X | | | | Special Agent Jose Mendoza | |
| X | | | | ~~Lucia Duarte~~ Lucia P. Duarte | |
| X | | | | ~~Marisol Duarte~~ Lucia Marisol Christal Jacquez | |