UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

PLAINTIFF: USA

V.

DEFENDANT: Richard A. Madril

CASE NUMBER: CR 18-1309-TUC-RM(LAB)

WITNESS LIST

FILED ✓ / RECEIVED / LODGED / COPY
NOV 1 6 2022
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| Magistrate Judge Leslie Bowman | Susana Barraza | N/A |
| HEARING/TRIAL DATE(S) | PLAINTIFF ATTORNEY(S) | DEFENDANT ATTORNEY(S) |
| 11/16/2022 | Sean J. Sullivan | Isabel M. Amsel |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESSES | Under Rule |
|---|---|---|---|---|---|
|  | 1 |  |  | John Cotsonas |  |
|  | 2 | 11-16-22 | 11-16-22 | Bill Grajeda |  |
|  | 3 | 11-16-22 | 11-16-22 | Richard S. Madril |  |
|  | 4 | 11-16-22 | 11-16-22 | Richard A. Madril (Defendant) |  |